


# United States District Court
# Eastern District of California

Phong Phan
Plaintiff(s)

V.

Moises Becerra, et al.,
Defendant(s)

Case Number: 2:25-cv-01757-DC-JDP

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Christine Raymond hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Petitioner-Plaintiff Phong Phan

On 11/30/2022 (date), I was admitted to practice and presently in good standing in the Massachusetts Supreme Judicial Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
Quoc Hoac v. Becerra, et al., 2:25-cv-01740-DC-JDP - Pending

Date: 06/26/2025 Signature of Applicant: /s/ Christine Raymond

**Pro Hac Vice Attorney**

Applicant's Name: Christine Raymond

Law Firm Name: Van Der Hout LLP

Address: 360 Post Street

Suite 800

City: San Francisco State: CA Zip: 94108

Phone Number w/Area Code: (415) 981-3000

City and State of Residence: San Francisco, CA

Primary E-mail Address: ndca@vblaw.com

Secondary E-mail Address: chra@vblaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Zachary Nightingale

Law Firm Name: Van Der Hout LLP

Address: 360 Post Street

Suite 800

City: San Francisco State: CA Zip: 94108

Phone Number w/Area Code: (415) 981-3000 Bar # 184501

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 6/26/2025

Dena Coggins
United States District Judge