UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PHONG PHAN,

               Petitioner,

     v.

MOISES BECERRA, in official capacity
as the Acting Field Office Director of San
Francisco Office of Detention and
Removal, et al.,

           Respondents.

No. 2:25-cv-01757-DC-JDP

**ORDER**

On July 9, 2025, Petitioner Phong Phan ("Petitioner") filed a Motion for Temporary Restraining Order and Motion for Preliminary Injunction.  (ECF No. 16.)  On July 10, 2025, the parties filed a joint stipulation regarding a briefing schedule for Petitioner's motion whereby the parties request the following dates and deadlines:

    Respondents' opposition due Tuesday, July 15, 2025 by 12 p.m.;

    Petitioner's optional reply due Wednesday, July 16, 2025 by 12 p.m.; and

    A hearing on Petitioner's motion to occur on Thursday, July 17, 2025 or as soon thereafter as the Court is available.

    (ECF No. 17.)

1       Upon consideration of the parties' joint stipulation and good cause appearing, the

2  stipulation is GRANTED, and IT IS FURTHER ORDERED that:

3       Respondents' opposition is due Tuesday, July 15, 2025 by 12 p.m.;

4       Petitioner's optional reply is due Wednesday, July 16, 2025 by 12 p.m.; and

5       A hearing on Petitioner's motion will occur on Thursday, July 17, 2025.

6       Pending the scheduled hearing, and unless and until the Court orders otherwise, the Court

7  ORDERS Respondents shall not take any action to remove Petitioner from the United States or to

8  move Petitioner out of this District.  *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 608 (1966)

9  (acknowledging the Court's "express authority under the All Writs Act to issue such temporary

10  injunctions as may be necessary to protect its own jurisdiction").  Given the exigent

11  circumstances presented, the Court finds this Order is warranted to maintain the status quo

12  pending the July 17, 2025 hearing and any subsequent order and finds Petitioner has at this time

13  satisfied the factors governing the issuance of such preliminary relief.

14       IT IS SO ORDERED.

15

16  DATED: July 10, 2025

17  _____

18  Troy L. Nunley
   Chief United States District Judge

19

20

21

22

23

24

25

26

27

28

2