UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PHONG PHAN,<br><br>Petitioner,<br><br>v.<br><br>MOISES BECERRA, et al.,<br><br>Respondents. | Case No.  2:25-cv-01757-DC-JDP (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 24, 26) |

Petitioner, a former immigration detainee represented by counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 30, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within seven days.  On March 12, 2026, Respondents filed objections to the findings and recommendations. (Doc. No. 28.)  On March 19, 2026, Petitioner filed a response to Respondents' objections. (Doc. No. 29.)

Respondents object to the findings and recommendations "[f]or the reasons stated in its motion to dismiss . . . ." (Doc. No. 28 at 1.)  The court overrules Respondents' objection for the same reasons as outlined by the magistrate judge in his analysis. (*See* Doc. No. 26 at 3–5.) Respondents also request that in the event this court enters judgment on the merits of the habeas

1

petition, that the relief granted in the preliminary injunction "be narrowed so that Respondents may re-detain Petition[er] upon receipt of a travel document from Vietnam" for the purposes of removal. (Doc. No. 28 at 1–2.) However, this order addresses only Respondents' motion to dismiss, and does not address final relief on the habeas petition. Therefore, the court overrules that objection also.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 30, 2026, (Doc. No. 26) are ADOPTED;

2. Respondents' motion to dismiss, (Doc. No. 24), is DENIED; and

3. This matter is referred to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **April 3, 2026**   _____

Dena Coggins
United States District Judge

2