UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHONG PHAN,

Petitioner,

v.

MOISES BECERRA, et al.,

Respondents.

Case No. 2:25-cv-01757-DC-JDP (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. No. 31)

Petitioner, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On April 15, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within seven days.  (Doc. No. 31.)  Respondents filed objections and Petitioner filed a response thereto.  (Doc. Nos. 32, 33.)  Respondents also request that this court "vacate any previously granted injunctive relief to facilitate the deportation process" if travel documents are secured as to Petitioner.  (Doc. No. 32 at 1.)  However, the injunctive relief previously granted by this court does not prevent the Government from re-detaining Petitioner in the event that the Government secures a travel document, and therefore, the court will decline to vacate that injunctive relief.  (*See* Doc. No. 22 at 11.)  Accordingly,

1

Respondents' objections are overruled.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 15, 2026, (Doc. No. 31), are adopted in full;

2. The first amended petition for writ of habeas corpus, (Doc. No. 15), is GRANTED;

3. The preliminary injunctive relief previously granted, (Doc. No. 22), is permanent; and

4. The Clerk of Court is ordered to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated:  __**June 17, 2026**__                    _____

Dena Coggins
United States District Judge

2